Marie B. Maurice, Esq. (SBN 258069)
mmaurice@imwlaw.com
Michelle Zhang, Esq. (SBN 348359)
mzhang@imwlaw.com
IVIE McNEILL WYATT PURCELL & DIGGS
A Professional Law Corporation
444 South Flower Street, Suite 3200
Los Angeles, California 90071
T: (213) 489-0028/F: (213) 489-0552
Attorneys for Defendant,
**HOME DEPOT U.S.A., INC.**
(erroneously and additionally sued as THE HOME DEPOT STORE NO. 1077)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHOLAMREZA S. MOTAMEDI,<br><br>           Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC; THE HOME DEPOT STORE NO. 1077, DOE 1, DOE 2, and DOE 3 through 20, inclusive<br><br>           Defendant. | Case No.: 8:25-cv-01733-JWH-KES<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE PURSUANT TO LOCAL RULE 16-15.7** |

   The parties hereto, Plaintiff GHOLAMREZA S. MOTAMEDI ("Plaintiff") and Defendant HOME DEPOT U.S.A., INC ("Defendant"), by and through their attorneys of record, hereby notify the court that the above-entitled action has been settled. The Parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until Defendant can fully perform its duties as required under the settlement agreement. The parties submit this notice of settlement to the Court to comply with local rule 16-15.7 to immediately notify the

NOTICE OF SETTLEMENT OF ENTIRE CASE PURSUANT TO LOCAL RULE 16-15.7 - 1

Court of the settlement. The parties reached a settlement on August 13, 2025. The parties are in the process of drafting the settlement agreement to effect the terms of the settlement.

Dated: August 15, 2025                    **LAW OFFICES OF MORTEZA AGHAVALI**

                                               By:  */s/* Morteza Aghavali
                                                        Morteza Aghavli, Esq.
                                                        Attorneys for Plaintiff,
                                                        **GHOLAMREZA S. MOTAMEDI**

Dated: August 14, 2025                    **IVIE McNEILL WYATT PURCELL & DIGGS**

                                               By:  /s/ MARIE MAURICE
                                                        Marie B. Maurice, Esq.
                                                        Michelle Zhang, Esq.
                                                        Attorneys for Defendant,
                                                        ***HOME DEPOT U.S.A., INC.***

## **ATTESTATION**

     Pursuant to LR 5-4.3.4(a)(2)(i), I, Marie Maurice, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 15, 2025                    By:  /s/ MARIE MAURICE
                                                            Marie B. Maurice, Esq.