Marie B. Maurice, Esq. (SBN 258069)
mmaurice@imwlaw.com
Michelle Zhang, Esq. (SBN 348359)
mzhang@imwlaw.com
IVIE McNEILL WYATT PURCELL & DIGGS
A Professional Law Corporation
444 South Flower Street, Suite 3200
Los Angeles, California 90071
T: (213) 489-0028/F: (213) 489-0552
Attorneys for Defendant,
**HOME DEPOT U.S.A., INC.**
(erroneously and additionally sued as THE HOME DEPOT STORE NO. 1077)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GHOLAMREZA S. MOTAMEDI,<br><br>Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC; THE HOME DEPOT STORE NO. 1077, DOE 1, DOE 2, and DOE 3 through 20, inclusive<br><br>Defendant. | Case No.: 8:25-cv-01733-JWH-KES<br><br>**JOINT STIPULATION TO DISMISS ENTIRE CASE WITH PREJUDICE** |

Plaintiff GHOLAMREZA S. MOTAMEDI ("Plaintiff") and Defendant HOME DEPOT U.S.A., INC. ("Defendant") (collectively the "Parties") by and through their respective attorneys of record, hereby submit the following stipulation, pursuant to FRCP 41(a)(1)(B), to dismiss the entire action with prejudice.

The stipulation is conditioned on this Court retaining jurisdiction for the limited purpose of enforcing the Parties' settlement agreement.

Dated: September 4, 2025  **LAW OFFICES OF MORTEZA AGHAVALI**

By: */s/* Morteza Aghavali
Morteza Aghavli, Esq.
Attorneys for Plaintiff,
**GHOLAMREZA S. MOTAMEDI**

Dated: September 4, 2025  **IVIE McNEILL WYATT PURCELL & DIGGS**

By: /s/ MARIE MAURICE
Marie B. Maurice, Esq.
Michelle Zhang, Esq.
Attorneys for Defendant,
***HOME DEPOT U.S.A., INC.***

## **ATTESTATION**

Pursuant to LR 5-4.3.4(a)(2)(i), I, Marie Maurice, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 4, 2025   By: /s/ MARIE MAURICE
Marie B. Maurice, Esq.